37 A.3d 507

IN THE MATTER OF MARK J. BELLOTTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 016141983).

March 6, 2012.

## ORDER

**MARK J. BELLOTTI** of **MATAWAN,** who was admitted to the bar of this State in 1983, having pleaded guilty in the Superior Court of New Jersey, Monmouth County, to the second-degree offenses of conspiracy and theft by deception, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MARK J. BELLOTTI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is

ORDERED that **MARK J. BELLOTTI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MARK J. BELLOTTI** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.